FILED

07 NOV 28 PM 5: 00

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ poc _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07 CR 3209 — JLS |
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| CARLOS ESTRADA-JIMENEZ, | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about August 24, 2007, within the Southern District of California, defendant CARLOS ESTRADA-JIMENEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

CJB:em:San Diego
11/26/07

1     It is further alleged that defendant CARLOS ESTRADA-JIMENEZ was

2  removed from the United States subsequent to April 2, 1997.

3     DATED: November 28, 2007.

4                                        A TRUE BILL:

5

6                                        _____

7                                        Foreperson

8  KAREN P. HEWITT
   United States Attorney

9

10 By:  _____

11      CARLA J. BRESSLER
        Assistant U.S. Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2