**ROBERT H. REXRODE, III**
California State Bar No. 230024
427 C Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169, Ext. 13
Facsimile: (619) 684-3553
robert_rexrode@rexrodelawoffices.com

Attorneys for Mr. Carlos Estrada-Jimenez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | ) | CASE NO. 07cr3209-DLS |
|---|---|---|
| | ) | |
| | ) | DATE: December 21, 2007 |
| | ) | TIME: 1:30 p.m. |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF MOTIONS: |
| | ) | |
| CARLOS ESTRADA-JIMENEZ, | ) | (1) TO COMPEL DISCOVERY; |
| | ) | (2) TO DISMISS THE INDICTMENT DUE TO MISINSTRUCTION; |
| | ) | (3) TO DISMISS INDICTMENT FOR FAILURE TO ALLEGE ELEMENTS; |
| Defendant. | ) | (4) TO STRIKE SURPLUSAGE; |
| | ) | (5) TO PRODUCE GRAND JURY TRANSCRIPTS; |
| | ) | (6) TO SUPPRESS STATEMENTS; AND, |
| | ) | (7) FOR LEAVE TO FILE FURTHER MOTIONS |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
PAUL COOK, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on December 21, 2007, at 1:30 p.m., or as soon thereafter as counsel may be heard, the defendant, Carlos Estrada-Jimenez, by and through his counsel, Robert Rexrode, will ask this Court to enter an order granting the following motions.

//

//

**MOTIONS**

The defendant, Carlos Estrada-Jimenez, by and through his attorney, Robert Rexrode, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

    1) to compel discovery;
    2) to dismiss the indictment due to misinstruction;
    3) dismiss the indictment for failure to allege elements;
    4) to strike surplusage;
    5) to produce grand jury transcripts;
    6) to suppress statements; and,
    7) for leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motion.

Respectfully submitted,

Dated: December 14, 2007

 /s/ Robert H. Rexrode
**ROBERT H. REXRODE, III**
Attorneys for Mr. Estrada-Jimenez
robert_rexrode@rexrodelawoffices.com