**ROBERT H. REXRODE, III**
California State Bar No. 230024
427 C Street, Suite 300
San Diego, California 92101
Telephone: (619) 233-3169, ext. 13
Facsimile: (619) 684-3553
robert_rexrode@rexrodelawoffices.com

Attorney for Mr. Carlos Estrada-Jimenez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07cr3209-DLS |
| Plaintiff, ) | |
| v. ) | |
| ) | PROOF OF SERVICE |
| CARLOS ESTRADA-JIMENEZ, ) | |
| Defendant. ) | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

day upon:

    Paul Cook, Assistant United States Attorney
    Paul.Cook@usdoj.gov efile.dkt.gc2@usdoj.gov

Respectfully submitted,

/s/   Robert H. Rexrode

Dated: December 14, 2007    **ROBERT H. REXRODE, III**
Attorney for Defendant
robert_rexrode@rexrodelawoffices.com