```
 1  KAREN P. HEWITT
    United States Attorney
 2  PAUL S. COOK
    Assistant U. S. Attorney
 3  California Bar No. 79010
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-5687
    pcook@usdoj.gov
 6
 7  Attorneys for the United States of America
 8
                    UNITED STATES DISTRICT COURT
 9
                   SOUTHERN DISTRICT OF CALIFORNIA
10
    UNITED STATES OF AMERICA,      )   Criminal Case No.  07CR3209-JLS
11                                 )
                 Plaintiff,        )   DATE: DECEMBER 21, 2007
12                                 )   TIME: 1:30 P.m.
         v.                        )
13                                 )
    CARLOS ESTRADA-JIMENEZ,        )
14                                 )   JOINT MOTION TO CONTINUE
                 Defendant.        )   MOTION HEARING
15  _____)
16
```

    The Defendant, Carlos Estrada-Jimenez, through his attorney, Robert H. Rexrode, III, and the United States of America, by its counsel, Karen P. Hewitt, United States Attorney, and Paul S. Cook, Assistant United States Attorney, jointly move this Court to continue the motion hearing currently scheduled for December 21, 2007 at 1:30 p.m., to January 11, 2008 at 1:30 p.m..

```
Dated: December 19, 2007           /s/Robert H. Rexrode, III
                                   Robert H. Rexrode, III
                                   Attorney for Carlos Estrada-Jimenez


Dated: December 19, 2007           /s/ Paul S. Cook
                                   Paul S. Cook
                                   Assistant United States Attorney
```

```
 1  KAREN P. HEWITT
    United States Attorney
 2  PAUL S. COOK
    Assistant U.S. Attorney
 3  California State Bar No. 79010
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619)557-5687/(619)235-2757(Fax)
    Email: paul.cook@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3209-JLS |
|                     ) | |
|          Plaintiff, ) | |
|                     ) | CERTIFICATE OF SERVICE |
|        v.           ) | |
|                     ) | |
| CARLOS ESTRADA-JIMENEZ, ) | |
|                     ) | |
|          Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

    I, PAUL S. COOK, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action.  I have caused service of **JOINT MOTION TO CONTINUE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

ROBERT H. REXRODE, III

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on December 19, 2007.

                                    s/ Paul S. Cook
                                    PAUL S. COOK