UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.  07CR3209-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER CONTINUING MOTION HEARING** |
| v. | ) | |
| | ) | |
| CARLOS ESTRADA-JIMENEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**IT IS HEREBY ORDERED** that the motion hearing set for December 21, 2007 at 1:30 p.m., be rescheduled for January 11, 2008 at 1:30 p.m..

DATED:   December 20, 2007

_____
Honorable Janis L. Sammartino
United States District Judge