UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>CARLOS ESTRADA-JIMENEZ,<br><br>            Defendant. | Criminal No. 07-CR-3209-JLS<br><br>**ORDER CONTINUING JURY TRIAL** |

Due to a conflict in the Court's calendar,

**IT IS HEREBY ORDERED** that the Jury Trial in this matter is continued from Tuesday, April 1, 2008 to **Monday, April 7, 2008** at **9:00 a.m**. The Motion Hearing currently set for April 1, 2008 at 9:00 a.m. shall take place as scheduled.

**IT IS SO ORDERED**.

DATED: March 11, 2008

                                                    *Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge

07cr3209