MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

| UNITED STATES OF AMERICA | VS | CARLOS ESTRADA-JIMENEZ (1) |

X  Plaintiff _____ Defendant _____ Court

Type of Hearing: EVIDENTIARY HEARING

Case Number: 2007CR3209-JLS

| NO. | IDENT. | EVID. | DESCRIPTION |
|-----|--------|-------|-------------|
| 1 | April 7, 2008 | April 7, 2008 | WRITTEN ADMINISTRATIVE RIGHTS |
| 2 | April 7, 2008 | April 7, 2008 | COPY OF TRANSCRIPT |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |