MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

UNITED STATES OF AMERICA          VS          CARLOS ESTRADA-JIMENEZ (1)

Plaintiff    X   Defendant          Court          Type of Hearing: EVIDENTIARY HEARING

Case Number:  2007CR3209-JLS

| NO. | IDENT. | EVID. | DESCRIPTION |
|-----|--------|-------|-------------|
| A | April 7, 2008 | April 7, 2008 | WRITTEN TRANSLATION OF ADMINISTRATIVE RIGHTS |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |