AO455 (Rev.5/85) Waiver of Indictment

FILED

APR - 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| vs. | Case No. **2007CR3209-JLS** |
| CARLOS ESTRADA-JIMENEZ (1) | |

I, CARLOS ESTRADA-JIMENEZ (1), the above named defendant, who is accused of

8 U.S.C. §§ 1325, a misdemeanor, and
8 U.S.C. §§ 1325, a felony

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in

open court on ___April 7, 2008___ prosecution by indictment and consent that
                        Date

the proceeding may be by information rather than by indictment.


_____
Defendant

_____
Counsel for Defendant


Before _____
          Judicial Officer