<u>UNITED STATES v. ESTRADA-JIMINEZ</u>
07CR3209-JLS

GOVERNMENT EXHIBITS

| EX # | DESCRIPTION OF EXHIBIT | WITNESS | ADMITTED |
|---|---|---|---|
| 1 | PHOTO OF DRUCKERS LANE AREA | CHRISTIAN LLAMAS | APR - 7 2008 |
| 2 | DEFENDANT'S FINGERPRINT CARD (8/24/07) | | |
| 3 | IJ ORDER (3/25/97) | | |
| 4 | WARRANT OF REMOVAL - I-205 (2/4/98) | | |
| 5 | WARRANT OF REMOVAL - I-205 (4/19/01) | | |
| 6 | REINSTATEMENT OF PRIOR ORDER (7/9/07) | | |
| 7 | WARRANT OF REMOVAL - I-205 (7/9/07) | | |
| 8 | CERTIFICATE OF NON-EXISTENCE OF RECORDS | | |
| 9 | FORM I-826 (8/24/07) | | |
| 10 | DEFENDANT'S FINGERPRINT CARD (3/13/08) | | |
| 11 | ORDER TO SHOW CAUSE (11/7/96) | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |